JOSEPHINE RICCIARDI, PETITIONER-RESPONDENT, v. MARCALUS MANUFACTURING COMPANY, RESPONDENT-PETITIONER.

See same case below: 47 *N. J. Super.* 90.

*Mr. Edward B. Meredith* for the petitioner.

*Messrs. Marcus & Levy* for the respondent.

December 9, 1957.  Granted.

ARTHUR E. READ, PLAINTIFF-PETITIONER, v. THE CENTRAL RAILROAD COMPANY OF NEW JERSEY, DEFENDANT-RESPONDENT.

*Mr. Samuel H. Berlin* for the petitioner.

*Messrs. Hanlon, Argeris, Crahay & Smock* for the respondent.

December 9, 1957.  Denied.